UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH CARVER,<br><br>             Plaintiff,<br><br>    v.<br><br>HENRY RICHARDS *et al.*,<br><br>             Defendants. | Case No.  C08-5052BHS/JKA<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having considered the Report and Recommendation of Magistrate Judge J. Kelley Arnold, Plaintiff's failure to file objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation (Dkt. 12);

(2)    This action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with the court order to amend the complaint to raise only issues he had standing to raise.

(3)    The clerk is directed to send copies of this order to Plaintiff and to the Hon. J. Kelley Arnold.

DATED this 28th day of April, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER