# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH CARVER

        v.

HENRY RICHARDS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5052BHS/JKA

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation (Dkt. 12); and

This action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with the court order to amend the complaint to raise only issues he had standing to raise.

| April 28, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |